Judge: Rebecca R. Pallmeyer
Magistrate Judge: Young B. Kim
Filed: 07/06/12
Case: 12cv5403
ef

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION** | MDL No. 2272 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −86)**

On August 8, 2011, the Panel transferred 18 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 802 F.Supp.2d 1374 (J.P.M.L. 2011). Since that time, 437 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Rebecca R Pallmeyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Pallmeyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of August 8, 2011, and, with the consent of that court, assigned to the Honorable Rebecca R Pallmeyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ENJOLI FLETCHER
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
July 11, 2012

**IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION**          MDL No. 2272

## SCHEDULE CTO−86 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **ALABAMA SOUTHERN** | | | | |
| ALS | 1 | 12−00404 | Thorton v. Zimmer, Inc. et al | 12cv5394 |
| **CALIFORNIA CENTRAL** | | | | |
| CAC | 2 | 12−05287 | Patricia White v. Zimmer Inc et al | 12cv5395 |
| **CALIFORNIA EASTERN** | | | | |
| CAE | 2 | 12−01617 | Saiyad v. Zimmer, Inc. et al | 12cv5396 |
| CAE | 2 | 12−01619 | Sandoval v. Zimmer, Inc., et al., | 12cv5397 |
| CAE | 2 | 12−01620 | Williams−Thompson v. Zimmer, Inc. et al | 12cv5398 |
| CAE | 2 | 12−01621 | White et al v. Zimmer, Inc. et al | 12cv5399 |
| **CALIFORNIA NORTHERN** | | | | |
| CAN | 5 | 12−03084 | Subia v. Zimmer, Inc. et al | 12cv5400 |
| CAN | 5 | 12−03085 | Subocz v. Zimmer, Inc. et al | 12cv5402 |
| CAN | 5 | 12−03086 | Smith−Jordan v. Zimmer, Inc. et al | 12cv5403 |
| **ILLINOIS CENTRAL** | | | | |
| ILC | 4 | 12−04059 | Willis v. Zimmer Holdings, Inc. et al | 12cv5405 |
| **ILLINOIS NORTHERN** | | | | |
| ILN | 1 | 12−04873 | Lienert et al v. Zimmer, Inc. | Vacated 6/28/12 |
| ILN | 1 | 12−04890 | Mitchell v. Zimmer, Inc. et al | Vacated 6/28/12 |
| **IOWA SOUTHERN** | | | | |
| IAS | 3 | 12−00081 | Yates et al v. Zimmer Inc et al | 12cv5406 |
| **NORTH CAROLINA MIDDLE** | | | | |
| NCM | 1 | 12−00616 | DOWNING v. ZIMMER, INC. et al | 12cv5407 |

OHIO NORTHERN

| | | | | |
|---|---|---|---|---|
| OHN | 5 | 12−01437 | Briggs et al v. Zimmer, Inc. et al | 12cv5408 |
| OHN | 5 | 12−01530 | Jewell III et al v. Zimmer, Inc. et al | Opposed 7/5/12 |
| OHN | 5 | 12−01547 | Want v. Zimmer, Inc. et al | 12cv5409 |
| OHN | 5 | 12−01549 | Womack v. Zimmer, Inc. et al | 12cv5410 |
| OHN | 5 | 12−01557 | Thorpe et al v. Zimmer, Inc. et al | 12cv5411 |
| OHN | 5 | 12−01562 | Greene v. Zimmer, Inc. et al | 12cv5412 |
| OHN | 5 | 12−01563 | Baker v. Zimmer, Inc. et al | 12cv5413 |
| OHN | 5 | 12−01564 | Deegan et al v. Zimmer, Inc. et al | 12cv5414 |
| OHN | 5 | 12−01567 | Jackson v. Zimmer, Inc. et al | 12cv5415 |
| OHN | 5 | 12−01568 | Printup v. Zimmer, Inc. et al | 12cv5416 |
| OHN | 5 | 12−01571 | Rosman v. Zimmer, Inc. et al | 12cv5417 |

PENNSYLVANIA EASTERN

| | | | | |
|---|---|---|---|---|
| PAE | 2 | 12−03165 | WEST et al v. ZIMMER, INC. et al | 12cv5418 |

TEXAS EASTERN

| | | | | |
|---|---|---|---|---|
| TXE | 2 | 12−00341 | Warnstaff v. Zimmer, Inc. et al | 12cv5419 |

TEXAS NORTHERN

| | | | | |
|---|---|---|---|---|
| TXN | 5 | 12−00098 | Ramos et al v. Zimmer, Inc. et al | 12cv5420 |